IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAIL BIGGERS,<br>　　　　　Plaintiff,<br><br>v.<br><br>SOLIS MAMMOGRAPHY AT EINSTEIN PHILADELPHIA, LLC,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br>NO. 22-5167 |

## O R D E R

**AND NOW**, this 15th day of May, 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

**IT IS FURTHER ORDERED** that the Rule 16 conference scheduled for May 17, 2023 is **CANCELLED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.